UNITED STATES BANKRUPTCY COURT                    WE-5
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                  )
                                        )
FELIPE BRISENO and                      )        CASE NO.   09-23065  JPK
VANELLY BRISENO,                        )        Chapter 13
                        Debtors.        )

## ORDER OF DISMISSAL

The Court on November 1, 2009, entered an Order on the Motion by the Chapter 13

Trustee to Dismiss this case, that Chapter 13 Debtors cure arrearages and defaults according

to the terms and conditions of said Order that have accrued as a result of failure to pay

pursuant to the terms of the Plan of the Debtors, and that upon the failure of the Debtors to do

so, the Court could dismiss or convert this case without further notice and hearing.

Paul R. Chael, Chapter 13 Trustee, on January 11, 2010, files affidavit of default that

Debtors failed to comply with said Order.  The Court having examined the record and said

affidavit finds that the Debtors have failed to comply with said Order.  The Court further finds

that the Debtors have materially defaulted with respect to the payments to be made under the

terms of said Plan, and that this case should be dismissed without further notice and hearing

pursuant to the terms and conditions of said Order.

**IT IS THEREFORE ORDERED**, that said Motion is hereby granted and that the petition

of the Debtors should be and is hereby DISMISSED pursuant to 11 U.S.C. §1307.

**IT IS FURTHER ORDERED:**

1.      That if the Plan of the Debtors is not confirmed, the Trustee and all
        parties in interest are hereby allowed leave of Court of twenty (20) days
        from the date of this Order  to apply to this Court pursuant to §503(b) for
        any actual and necessary expenses of administration pursuant to
        §1326(a)(2).  If the Plan of the Debtors has been confirmed the Trustee
        shall distribute any payment by Debtors in accordance with the Plan
        pursuant to §1326(a)(2).

2.      That the Trustee is directed to order his final report and account, and he
        is relieved of his trust and is discharged from his duties.

3.      That the bond of said Trustee be and it hereby is canceled, and that the surety or sureties thereon be and they hereby are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

4.      That if there is an income deduction order pending, the employer is hereby ordered to terminate deductions.

5.      That the case shall be terminated and closed after completion of the foregoing.

Dated at Hammond, Indiana on January 14, 2010.


/s/ J. Philip Klingeberger
J. Philip Klingeberger, Judge
United States Bankruptcy Court


Distribution
Debtors, Attorney for Debtors
U.S. Trustee, Trustee
All Creditors
All Intervenors
Rev. 05/01/03